◼ The People of the State of New York ex rel. Philip Klosin, Appellant, v James L. Berbary, Superintendent, Collins Correctional Facility, Respondent. [885 NYS2d 704]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (M. William Boller, A.J.), entered March 10, 2008. The judgment dismissed the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Supreme Court properly dismissed the petition for a writ of habeas corpus. The contentions of petitioner could have been raised on his direct appeal from the judgment of conviction or by way of a CPL 440.10 motion, and thus habeas corpus relief is not available (*see People ex rel. Lanfair v Corcoran*, 60 AD3d 1351 [2009], *lv denied* 12 NY3d 714 [2009]; *People ex rel. Smith v Burge*, 11 AD3d 907 [2004], *lv denied* 4 NY3d 701 [2004]). Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.